FILED
Massac Co. Circuit Court
1st Judicial Circuit
Date: 3/19/2020 1:48 PM
Sandra M. Riepe

**IN THE CIRCUIT COURT**
**FIRST JUDICIAL CIRCUIT**
**MASSAC COUNTY, ILLINOIS**

THOMAS JOHNSON,      )
                             )
      Plaintiff,      )
                             )     **2020L2**
vs.                       )    Case No.:_____
                             )
JAMES A. McQUAGGE,      )
                             )    **JURY DEMAND OF TWELVE**
      <u>Serve at:</u>      )
      1889 E. Shore Drive    )
      Dallas, TX 75217,     )
                             )
CRETE CARRIER CORPORATION,  )
                             )
      <u>Serve at:</u>      )
      400 NW 56th Street    )
      Lincoln, NE 68528,    )
                             )
      Defendant.      )

**COMPLAINT**

**COUNT I – Negligence James A. McQuagge**

COMES NOW, the Plaintiff, Thomas Johnson, by and through his attorney, Micah S. Summers of Walton Telken, LLC and for Count I of his cause of action against the Defendant, James A. McQuagge, states as follows:

1.      That at all times mentioned herein, the Defendant, James A. McQuagge, was a resident of the State of Texas.

2.      That at all times herein mentioned, the Plaintiff, Thomas Johnson, was a resident of State of Tennessee.

3.      That on or about the 8th day of April 2018 the Defendant, James A. McQuagge, was the operator of a tractor trailer/motor vehicle traveling on westbound on Interstate 24 Massac County, State of Illinois.

EXHIBIT 1

4.     At that time and place, Plaintiff, Thomas Johnson, was the operator of a box truck traveling westbound on Interstate 24 Massac County, State of Illinois.

5.     That at all times mentioned herein, it was the duty of the Defendant, James A. McQuagge, to use reasonable care and caution for the safety of others, including the Plaintiff.

6.     That at said time and place, the Defendant, James A. McQuagge, negligently operated his tractor trailer/motor vehicle so that as a direct and proximate result thereof, caused the motor vehicle he was operating to collide into the Plaintiff's tractor trailer/motor vehicle.

7.     That at all time mentioned herein, the Defendant, James A. McQuagge, was guilty of one or more of the following negligent acts or omissions:

   a.     Failed to keep a proper or any look out for the Plaintiff and other traffic on a public roadway;

   b.     Failed to keep his tractor trailer/motor vehicle under proper control;

   c.     Negligently and carelessly collided with the vehicle of the Plaintiff;

   d.     Failed to stop, swerve or otherwise maneuver his tractor trailer/motor vehicle in order to avoid a collision, since he saw or should have seen that a collision was impending and had ample opportunity to avoid it;

   e.     Failed to see and observe the Plaintiff when he was operating his tractor trailer/motor vehicle;

   f.     Failed to stop his tractor trailer/motor vehicle in time to avoid an accident;

   g.     Failed to keep a proper distance between his tractor trailer/motor vehicle and Plaintiff's motor vehicle;

   h.     Negligently and carelessly operated is tractor trailer/motor vehicle without due regard for the safety of all persons in violation of 625 ILCS 5/11-601(a);

   i.     Negligently and carelessly failed to conduct a pre-trip inspection in violation of CFR 49 §§ 397.3 and 392.7; and/or

   j.     Was otherwise negligent.

8.     That as a direct and proximate result of one or more of the foregoing acts or omissions of negligence by the Defendant, the Plaintiff, Thomas Johnson, sustained severe and

permanent injuries both internally and externally, on numerous parts of his body and nervous system were injured and their functions impaired and mental anguish; and he has in the past and will in the future continue to suffer great pain and anguish; he has expended and will be compelled to expend large sums of money for certain doctor, hospital, medical, and pharmaceutical expenses for the treatment of said injuries and will be compelled to expend large sums of money in the future for the treatment of his injuries; and he has lost and will in the future lose wages from his gainful employment and he has been damaged in his future earning capacity.

WHEREFORE, the Plaintiff, Thomas Johnson, prays for judgment against the Defendant, James A. McQuagge, in an amount more than Fifty-Thousand Dollars ($50,000.00), plus costs of suit and for any other relief this Honorable Court deems just and proper.

**JURY DEMAND OF TWELVE**

<u>**COUNT II – Negligence – Crete Carrier Corporation**</u>

COMES NOW Plaintiff Thomas Johnson by and through his attorneys Micah S. Summers of Walton Telken, LLC for his Count II of this Complaint against Defendant Crete Carrier Corporation (hereinafter "Defendant"), states as follows:

9.      Plaintiff realleges and incorporates the allegations in paragraphs 1 through 8 of the of this Complaint as though fully set forth in this Paragraph 9.

10.      That at all times relevant herein Crete Carrier Corporation was a corporation organized under the laws of the state of Nebraska with its principle address at 400 NW 56th St., - Lincoln, Nebraska 68528-8842, and conducting business in Massac County, State of Illinois.

11.      At the aforesaid date, time and location, Defendant Crete Carrier Corporation, by and through its agent, servant and/or employee, James A. McQuagge, committed one or more of the following negligent acts or omissions:

Case No.: _____

a       Failed to keep a proper or any look out for the Plaintiff and other traffic on a public roadway;

b.      Failed to keep its tractor trailer/motor vehicle under proper control;

c.      Negligently and carelessly collided with the vehicle of the Plaintiff;

d.      Failed to stop, swerve or otherwise maneuver its tractor trailer/motor vehicle in order to avoid a collision, since it saw or should have seen that a collision was impending and had ample opportunity to avoid it;

e.      Failed to see and observe the Plaintiff when it was operating its tractor trailer/motor vehicle;

f.      Failed to stop its tractor trailer/motor vehicle in time to avoid an accident;

g.      Failed to keep a proper distance between its tractor trailer/motor vehicle and Plaintiff's motor vehicle;

h.      Negligently and carelessly operated its vehicle without due regard for the safety of all persons in violation of 625 ILCS 5/11-601(a);

i.      Negligently and carelessly failed to conduct a pre-trip inspection in violation of CFR 49 §§ 397.3 and 392.7;

k.      Negligently hired and employed James A. McQuagge; and/or

m.      Was otherwise negligent.

12.     That as a direct and proximate result of one or more of the foregoing acts or omissions of negligence by the Defendant, the Plaintiff, Thomas Johnson, sustained severe and permanent injuries both internally and externally, on numerous parts of his body and nervous system were injured and their functions impaired and mental anguish; and he has in the past and will in the future continue to suffer great pain and anguish; he has expended and will be compelled to expend large sums of money for certain doctor, hospital, medical, and pharmaceutical expenses for the treatment of said injuries and will be compelled to expend large sums of money in the future for the treatment of his injuries; and he has lost and will in the future lose wages from his gainful employment and he has been damaged in his future earning capacity.

Case No.: _____

WHEREFORE, the Plaintiff, Thomas Johnson, prays for judgment against the Defendant, Crete Carrier Corporation, in an amount more than Fifty-Thousand Dollars ($50,000.00), plus costs of suit and for any other relief this Honorable Court deems just and proper.

**JURY DEMAND OF TWELVE**

WALTON TELKEN, LLC

BY:___/s/Micah S. Summers_____
 Micah S. Summers, #6284093
 241 North Main Street
 Edwardsville, IL 62025
 Ph: 618-307-9880
 Fax: 618-307-9881
 Email: msummers@waltontelken.com
 ATTORNEYS FOR PLAINTIFF

FILED
Massac Co. Circuit Court
1st Judicial Circuit
Date: 3/19/2020 1:48 PM
Sandra M. Riepe

**IN THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
MASSAC COUNTY, ILLINOIS**

THOMAS JOHNSON,                    )
                                   )
      Plaintiff,                   )
                                   )                    2020L2
vs.                                )        Case No.:_____
                                   )
JAMES McQUAGGE,                    )        **JURY DEMAND OF TWELVE**
                                   )
CRETE CARRIER CORPORATION,         )
                                   )
      Defendant.                   )

**<u>ENTRY OF APPEARANCE</u>**

      COMES NOW, Micah S. Summers and Walton Telken, LLC, and hereby enter their

appearance as counsel for and on behalf of Plaintiff, Thomas Johnson, in the above-styled case.

      WALTON TELKEN, LLC

      BY:___/s/ Micah S. Summers_____
            Micah S. Summers, #6284093
            241 North Main Street
            Edwardsville, Illinois 62025
            Ph: 618-307-9880
            Fax: 618-307-9881
            Email: msummers@waltontelken.com
            ATTORNEYS FOR PLAINTIFF

FILED
Massac Co. Circuit Court
1st Judicial Circuit
Date: 3/19/2020 1:48 PM
Sandra M. Riepe

**IN THE CIRCUIT COURT**
**FIRST JUDICIAL CIRCUIT**
**MASSAC COUNTY, ILLINOIS**

| | | |
|---|---|---|
| THOMAS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **2020L2** |
| vs. | ) | Case No.:_____ |
| | ) | |
| JAMES A. McQUAGGE, | ) | |
| | ) | |
| CRETE CARRIER CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S JURY DEMAND**

COMES NOW Plaintiff, Thomas Johnson, by and through his attorneys, Micah S.

Summers and Walton Telken, LLC, and herby demands a trial by jury.

WALTON TELKEN, LLC


BY:____/s/ Micah S. Summers_____
Micah S. Summers, #6284093
241 North Main Street
Edwardsville, IL 62025
Ph: 618-307-9880
Fax: 618-307-9881
Email: msummers@waltontelken.com
ATTORNEYS FOR PLAINTIFF

Case No. _____
Page 1 of 1

FILED
Massac Co. Circuit Court
1st Judicial Circuit
Date: 3/19/2020 1:48 PM
Sandra M. Riepe

**IN THE CIRCUIT COURT**
**FIRST JUDICIAL CIRCUIT**
**MASSAC COUNTY, ILLINOIS**

| | | |
|---|---|---|
| THOMAS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **2020L2** |
| vs. | ) | Case No.:_____ |
| | ) | |
| JAMES McQUAGGE, | ) | **JURY DEMAND OF TWELVE** |
| | ) | |
| CRETE CARRIER CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT

Micah S. Summers, after first being duly sworn upon oath, deposes and states that the total

of money damages sought in each Count of this cause exceeds $50,000.00.

_____

Micah S. Summers, #6284093
Walton Telken, LLC
241 North Main Street
Edwardsville, IL 62025
Ph: 618-307-9880
Fax: 618-307-9881
Email: msummers@waltontelken.com
ATTORNEYS FOR PLAINTIFF

Subscribed and sworn to before me this 19th day of March, 2020.

JENEFER R PELLAZARI
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 23, 2023

_____
NOTARY PUBLIC

Case No.:_____

Page 1 of 1

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| | | |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT** Massac **COUNTY** | **SUMMONS** | *For Court Use Only* |

| | | |
|---|---|---|
| **Instructions ▼** Enter above the county name where the case was filed. | Thomas Johnson _____ **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. | **2020L2** |
| Enter the Case Number given by the Circuit Clerk. | James A. McQuagge and Crete Carrier Corporation _____ **Defendant / Respondent** *(First, middle, last name)* | _____ **Case Number** |

In **1**, if your lawsuit is for money, enter the amount of money you seek from the Defendant/ Respondent.

In **2**, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form.

In **3**, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form.

1.  **Information about the lawsuit:**
    Amount claimed:    $_____

2.  **Contact information for the Plaintiff/Petitioner:**
    Name *(First, Middle, Last):*  Thomas Johnson
    Street Address, Apt #:   144 Timber Ridge Drive
    City, State, ZIP:   Nashville, TN 37217
    Telephone:   615-891-4157
    ☐ See attached for additional Plaintiff/Petitioner contact information

3.  **Contact information for the Defendant/Respondent:**
    Name *(First, Middle, Last):*  Crete Carrier Corporation
    Street Address, Apt #:   400 NW 56th Street
    City, State, ZIP:   Lincoln, NE 68528
    Telephone:  _____
    ☑ See attached for additional Defendant/Respondent contact information

| | |
|---|---|
| **Important Information for the person receiving this form:** | You have been sued. Follow the instructions on the next page on how to appear/answer. <br><br> • If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking. <br> • Your written appearance/answer must be filed on time and in the proper form. <br> • Forms for a written appearance/answer are available here: http://www.illinoiscourts.gov/forms/approved/default.asp <br><br> If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees.* <br> You should read all of the documents attached. |

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT <br><br>  Massac _____ COUNTY | ADDITIONAL DEFENDANT/RESPONDENT CONTACT INFORMATION FOR SUMMONS | *For Court Use Only* |
|---|---|---|

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Thomas Johnson _____ <br> **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the name of the person you are suing as Defendant/ Respondent. | v. <br><br> James A. McQuagge and Crete Carrier Corporation _____ <br> **Defendant / Respondent** *(First, middle, last name)* | **2020L2** <br><br> **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | | |

| Enter the contact information for additional Defendant/ Respondent. |
|---|

**Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last)*:   James A. McQuagge _____

Street Address, Apt #:   1889 E. Shore Drive _____

City, State, ZIP:   Dallas, TX 75217 _____

Telephone: _____

**Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last)*: _____

Street Address, Apt #: _____

City, State, ZIP: _____

Telephone: _____

**Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last)*: _____

Street Address, Apt #: _____

City, State, ZIP: _____

Telephone: _____

**Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last)*: _____

Street Address, Apt #: _____

City, State, ZIP: _____

Telephone: _____

2020L2

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In **4**, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/Respondent must file their response. | **4.   Instructions for person receiving this form (Defendant/Respondent):**<br><br>To respond to this *Summons* you must:<br><br>☐ Go to court:<br>On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>Address: _____  Court Room: _____<br>City, State, ZIP: _____<br><br>☐ File a written *Appearance* and *Answer/Response* with the court:<br>On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>Address: _____<br>City, State, ZIP: _____<br><br>☐ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").<br>On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>Address: _____<br>City, State, ZIP: _____ |

| | | |
|---|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | **Witness this Date:**<br><br>**Clerk of the Court:**    *Sandra M. Riege*<br>                    /s/ Mollie Foss | 3/19/2020<br><br>                    *Seal of Court* |

---

| | |
|---|---|
| **STOP!**<br>The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of its date, listed above.**<br><br>Date of Service: _____<br><br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)* |

| | |
|---|---|
| **Plaintiff/Petitioner:** | To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent.  If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process. |

| | |
|---|---|
| **Attention:** | E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp. or talk with your local circuit clerk's office. |

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| Massac_____ COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Thomas Johnson _____ **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the name of the person you are suing as Defendant/Respondent. | v. | **2020L2** |
| Enter the Case Number given by the Circuit Clerk. | James A. McQuagge and Crete Carrier Corporation _____ **Defendant / Respondent** *(First, middle, last name)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

| **DO NOT** complete this section. The sheriff will complete it. | My name is _____ and I swear under oath |
|---|---|

*First, Middle, Last*

that I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ **as follows:**

*First, Middle, Last*

☐ Personally on the Defendant/Respondent:

Male: ☐   Female: ☐   Approx. Age: _____   Hair Color: _____

Height: _____   Weight: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

☐ At the Defendant/Respondent's home:

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

And left it with: _____

*First, Middle, Last*

Male: ☐   Female: ☐   Approx. Age: _____

and by sending a copy to this defendant in a postage-paid, sealed envelope to the

above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____

*First, Middle, Last*

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

**2020L2**

Enter the Case Number given by the Circuit Clerk: _____

| DO NOT complete this section. The sheriff, or private process server will complete it. |
|---|

**By:**

_____
*Signature*

_____
*Print Name*

**FEES**

By certified/registered            $ _____

Service and Return                 $ _____

Miles: _____           $ _____

Total      $ _____

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | *For Court Use Only* |
|---|---|---|
| Massac **COUNTY** | | |

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | Thomas Johnson | |
| Enter your name as Plaintiff/Petitioner. | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/Respondents. | v. | |
| Enter the Case Number given by the Circuit Clerk. | James A. McQuagge and Crete Carrier Corporation<br>**Defendant / Respondent** *(First, middle, last name)* | **2020L2**<br><br>**Case Number** |

| | |
|---|---|
| In **1**, if your lawsuit is for money, enter the amount of money you seek from the Defendant/Respondent. | **1.   Information about the lawsuit:**<br>Amount claimed:   $ _____ |
| In **2**, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form. | **2.   Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last):*  Thomas Johnson<br>Street Address, Apt #:   144 Timber Ridge Drive<br>City, State, ZIP:   Nashville, TN 37217<br>Telephone:  615-891-4157<br>☐ See attached for additional Plaintiff/Petitioner contact information |
| In **3**, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form. | **3.   Contact information for the Defendant/Respondent:**<br>Name *(First, Middle, Last):*   James A. McQuagge<br>Street Address, Apt #:   1889 E. Shore Drive<br>City, State, ZIP:   Dallas, TX 75217<br>Telephone: _____<br>☑ See attached for additional Defendant/Respondent contact information |

| | |
|---|---|
| **Important Information for the person receiving this form:** | You have been sued.<br>Follow the instructions on the next page on how to appear/answer.<br>• If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking.<br>• Your written appearance/answer must be filed on time and in the proper form.<br>• Forms for a written appearance/answer are available here:<br>   http://www.illinoiscourts.gov/forms/approved/default.asp<br>If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees*.<br>You should read all of the documents attached. |

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT | ADDITIONAL DEFENDANT/RESPONDENT CONTACT INFORMATION FOR SUMMONS | *For Court Use Only* |
|---|---|---|
| Massac COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Thomas Johnson | |
| | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the name of the person you are suing as Defendant/ Respondent. | v. | **2020L2** |
| | James A. McQuagge and Crete Carrier Corporation | |
| Enter the Case Number given by the Circuit Clerk. | **Defendant / Respondent** *(First, middle, last name)* | **Case Number** |

Enter the contact information for additional Defendant/ Respondent.

**Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last):*  Crete Carrier Corporation

Street Address, Apt #:  400 NW 56th Street

City, State, ZIP:  Lincoln, NE 68528

Telephone:  _____

**Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last):* _____

Street Address, Apt #: _____

City, State, ZIP: _____

Telephone: _____

**Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last):* _____

Street Address, Apt #: _____

City, State, ZIP: _____

Telephone: _____

**Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last):* _____

Street Address, Apt #: _____

City, State, ZIP: _____

Telephone: _____

**2020L2**

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In **4**, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/ Respondent must file their response. | **4.  Instructions for person receiving this form (Defendant/Respondent):**<br><br>To respond to this *Summons* you must:<br><br>☐  Go to court:<br>On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.<br>Address: _____  Court Room: _____<br>City, State, ZIP: _____<br><br>☐  File a written *Appearance* and *Answer/Response* with the court:<br>On or before this date: _____  at this time: _____ ☐ a.m. ☐ p.m.<br>Address: _____<br>City, State, ZIP: _____<br><br>☐  File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").<br>On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.<br>Address: _____<br>City, State, ZIP: _____ |

| | |
|---|---|
| **STOP!**<br><br>The Circuit Clerk will fill in this section. | **Witness this Date:**  3/19/2020  _____<br><br>**Clerk of the Court:**  *Sandra M. Riege*<br><br>/s/ Mollie Foss<br><br>*Seal of Court* |

_____

| | |
|---|---|
| **STOP!**<br><br>The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of its date, listed above.**<br><br>Date of Service: _____<br><br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)* |

| | |
|---|---|
| **Plaintiff/Petitioner:** | To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent.  If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process. |

| | |
|---|---|
| **Attention:** | E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp. or talk with your local circuit clerk's office. |

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|

Massac _____ COUNTY

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Thomas Johnson | |

**Plaintiff / Petitioner** *(First, middle, last name)*

Enter your name as Plaintiff/Petitioner.

Enter the name of the person you are suing as Defendant/Respondent.

v.

James A. McQuagge and Crete Carrier Corporation

**Defendant / Respondent** *(First, middle, last name)*

Enter the Case Number given by the Circuit Clerk.

**2020L2**

**Case Number**

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

**DO NOT** complete this section. The sheriff will complete it.

My name is _____ and I swear under oath
*First, Middle, Last*

that I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ **as follows:**

*First, Middle, Last*

☐ Personally on the Defendant/Respondent:

Male: ☐   Female: ☐   Approx. Age: _____   Hair Color: _____

Height: _____   Weight: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

☐ At the Defendant/Respondent's home:

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

And left it with: _____

*First, Middle, Last*

Male: ☐   Female: ☐   Approx. Age: _____

and by sending a copy to this defendant in a postage-paid, sealed envelope to the

above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____

*First, Middle, Last*

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

2020 L2

Enter the Case Number given by the Circuit Clerk:_____

| DO NOT complete this section. The sheriff, or private process server will complete it. |
|---|

**By:**

_____
*Signature*


_____
*Print Name*

**FEES**

By certified/registered     $ _____

Service and Return          $ _____

Miles: _____      $ _____

Total      $ _____

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| | | |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT** <br><br> Massac _____ **COUNTY** | **ALIAS   SUMMONS** | *For Court Use Only* |

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | Thomas Johnson _____ <br> **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. | |
| Enter the Case Number given by the Circuit Clerk. | James A. McQuagge and Crete Carrier Corporation _____ <br> **Defendant / Respondent**  *(First, middle, last name)* | **2020L2** _____ <br> **Case Number** |

| | |
|---|---|
| In **1**, if your lawsuit is for money, enter the amount of money you seek from the Defendant/ Respondent. | **1.**   **Information about the lawsuit:** <br>        Amount claimed:   $ _____ |
| In **2**, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form. | **2.**   **Contact information for the Plaintiff/Petitioner:** <br>        Name *(First, Middle, Last):*  Thomas Johnson <br>        Street Address, Apt #:   144 Timber Ridge Drive <br>        City, State, ZIP:   Nashville, TN 37217 <br>        Telephone:   615-891-4157 <br>        ☐ See attached for additional Plaintiff/Petitioner contact information |
| In **3**, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form. | **3.**   **Contact information for the Defendant/Respondent:** <br>        Name *(First, Middle, Last):*  Crete Carrier Corporation <br>        Street Address, Apt #:   400 NW 56th Street <br>        City, State, ZIP:   Lincoln, NE 68528 <br>        Telephone: _____ <br>        ☑ See attached for additional Defendant/Respondent contact information |

| | |
|---|---|
| **Important Information for the person receiving this form:** | You have been sued. <br> Follow the instructions on the next page on how to appear/answer. <br> • If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking. <br> • Your written appearance/answer must be filed on time and in the proper form. <br> • Forms for a written appearance/answer are available here: <br>   http://www.illinoiscourts.gov/forms/approved/default.asp <br> If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees*. <br> You should read all of the documents attached. |

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT | ADDITIONAL DEFENDANT/RESPONDENT CONTACT INFORMATION FOR SUMMONS | *For Court Use Only* |
|---|---|---|
| Massac _____ COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Thomas Johnson _____ **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the name of the person you are suing as Defendant/ Respondent. | v. | |
| Enter the Case Number given by the Circuit Clerk. | James A. McQuagge and Crete Carrier Corporation _____ **Defendant / Respondent** *(First, middle, last name)* | _____ **Case Number** |

| Enter the contact information for additional Defendant/ Respondent. |
|---|

**Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last):*   James A. McQuagge

Street Address, Apt #:   1889 E. Shore Drive

City, State, ZIP:   Dallas, TX 75217

Telephone:

**Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last):*

Street Address, Apt #:

City, State, ZIP:

Telephone:

**Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last):*

Street Address, Apt #:

City, State, ZIP:

Telephone:

**Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last):*

Street Address, Apt #:

City, State, ZIP:

Telephone:

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In **4**, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/ Respondent must file their response. | **4.** **Instructions for person receiving this form (Defendant/Respondent):**<br><br>To respond to this *Summons* you must:<br><br>☐ Go to court:<br>On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>Address: _____ Court Room: _____<br>City, State, ZIP: _____<br><br>☐ File a written *Appearance* and *Answer/Response* with the court:<br>On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>Address: _____<br>City, State, ZIP: _____<br><br>☐ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").<br>On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>Address: _____<br>City, State, ZIP: _____ |

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | **4/30/2020**<br>Witness this Date: _____<br><br>Clerk of the Court: *Sandra M. Riepe*<br>                    /s/ Mollie Foss       *Seal of Court* |

| | |
|---|---|
| **STOP!**<br>The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of its date, listed above.**<br><br>Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)* |

| | |
|---|---|
| **Plaintiff/Petitioner:** | To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent.  If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process. |

| | |
|---|---|
| **Attention:** | E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp. or talk with your local circuit clerk's office. |

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|
| Massac___ COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Thomas Johnson | |
| Enter your name as Plaintiff/Petitioner. | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the name of the person you are suing as Defendant/Respondent. | v. | |
| Enter the Case Number given by the Circuit Clerk. | James A. McQuagge and Crete Carrier Corporation | |
| | **Defendant / Respondent** *(First, middle, last name)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

| **DO NOT** complete this section. The sheriff will complete it. |
|---|

My name is _____ and I swear under oath
                        *First, Middle, Last*

that I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ **as follows:**

*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
   Male: ☐   Female: ☐   Approx. Age: _____   Hair Color: _____
   Height: _____   Weight: _____
   On this date: _____   at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____

☐ At the Defendant/Respondent's home:
   On this date: _____   at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   And left it with: _____
                        *First, Middle, Last*
   Male: ☐   Female: ☐   Approx. Age: _____
   and by sending a copy to this defendant in a postage-paid, sealed envelope to the
   above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
                                    *First, Middle, Last*
   On this date: _____   at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk:_____

| **DO NOT** complete this section. The sheriff, or private process server will complete it. |
|---|

**By:** 

_____
*Signature*


_____
*Print Name*

**FEES**

By certified/registered   $ _____

Service and Return   $ _____

Miles: _____   $ _____

Total   $ _____

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| | | |
|---|---|---|
| **STATE OF ILLINOIS,**<br>**CIRCUIT COURT**<br><br>Massac _____ **COUNTY** | **ALIAS   SUMMONS** | *For Court Use Only* |

| | | |
|---|---|---|
| **Instructions ▼** | | |
| Enter above the county name where the case was filed. | Thomas Johnson<br>_____<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/Respondents. | v. | |
| Enter the Case Number given by the Circuit Clerk. | James A. McQuagge and Crete Carrier Corporation<br>_____<br>**Defendant / Respondent**  *(First, middle, last name)* | **2020L2**<br>_____<br>**Case Number** |

| | |
|---|---|
| In **1**, if your lawsuit is for money, enter the amount of money you seek from the Defendant/Respondent. | **1.**   **Information about the lawsuit:**<br>Amount claimed:   $ _____ |
| In **2**, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form. | **2.**   **Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last):*   Thomas Johnson<br>Street Address, Apt #:   144 Timber Ridge Drive<br>City, State, ZIP:   Nashville, TN 37217<br>Telephone:   615-891-4157<br>☐ See attached for additional Plaintiff/Petitioner contact information |
| In **3**, enter the name of the person you are suing and their address.<br>If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form. | **3.**   **Contact information for the Defendant/Respondent:**<br>Name *(First, Middle, Last):*   James A. McQuagge<br>Street Address, Apt #:   1889 E. Shore Drive<br>City, State, ZIP:   Dallas, TX 75217<br>Telephone:   _____<br>☑ See attached for additional Defendant/Respondent contact information |

| | |
|---|---|
| **Important Information for the person receiving this form:** | You have been sued.<br>Follow the instructions on the next page on how to appear/answer.<br><br>• If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking.<br>• Your written appearance/answer must be filed on time and in the proper form.<br>• Forms for a written appearance/answer are available here:<br> http://www.illinoiscourts.gov/forms/approved/default.asp<br><br>If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees*.<br>You should read all of the documents attached. |

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT  Massac _____ COUNTY | ADDITIONAL DEFENDANT/RESPONDENT CONTACT INFORMATION FOR SUMMONS | *For Court Use Only* |
|---|---|---|

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Thomas Johnson _____ **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the name of the person you are suing as Defendant/ Respondent. | v. | |
| Enter the Case Number given by the Circuit Clerk. | James A. McQuagge and Crete Carrier Corporation _____ **Defendant / Respondent** *(First, middle, last name)* | _____ **Case Number** |

Enter the contact information for additional Defendant/ Respondent.

**Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last):*  Crete Carrier Corporation

Street Address, Apt #:   400 NW 56th Street

City, State, ZIP:   Lincoln, NE 68528

Telephone: _____

**Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last):* _____

Street Address, Apt #: _____

City, State, ZIP: _____

Telephone: _____

**Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last):* _____

Street Address, Apt #: _____

City, State, ZIP: _____

Telephone: _____

**Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last):* _____

Street Address, Apt #: _____

City, State, ZIP: _____

Telephone: _____

Enter the Case Number given by the Circuit Clerk:_____

| | |
|---|---|
| In **4**, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/ Respondent must file their response. | **4.**  **Instructions for person receiving this form (Defendant/Respondent):**<br><br>To respond to this *Summons* you must:<br><br>☐  Go to court:<br>On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.<br>Address: _____  Court Room: _____<br>City, State, ZIP: _____<br><br>☐  File a written *Appearance* and *Answer/Response* with the court:<br>On or before this date: _____  at this time: _____ ☐ a.m. ☐ p.m.<br>Address: _____<br>City, State, ZIP: _____<br><br>☐  File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").<br>On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.<br>Address: _____<br>City, State, ZIP: _____ |

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | Witness this Date:   **4/30/2020**   _____   *Seal of Court*<br><br>Clerk of the Court:   *Sandra M. Riese*<br><br>/s/ Mollie Foss |

| | |
|---|---|
| **STOP!**<br>The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of its date, listed above.**<br><br>Date of Service: _____<br><br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)* |

| | |
|---|---|
| **Plaintiff/Petitioner:** | To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent.  If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process. |

| | |
|---|---|
| **Attention:** | E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp. or talk with your local circuit clerk's office. |

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| | | |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT**<br><br>Massac _____ **COUNTY** | **AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | *For Court Use Only* |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Thomas Johnson | |
| Enter your name as Plaintiff/Petitioner. | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the name of the person you are suing as Defendant/Respondent. | v. | |
| Enter the Case Number given by the Circuit Clerk. | James A. McQuagge and Crete Carrier Corporation<br>**Defendant / Respondent**  *(First, middle, last name)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

**DO NOT** complete this section. The sheriff will complete it.

**My name is** _____ **and I swear under oath**
                *First, Middle, Last*

**that I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
    Male: ☐  Female: ☐  Approx. Age: _____  Hair Color: _____
    Height: _____  Weight: _____
    On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____

☐ At the Defendant/Respondent's home:
    On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    And left it with: _____
                     *First, Middle, Last*
    Male: ☐  Female: ☐  Approx. Age: _____
    and by sending a copy to this defendant in a postage-paid, sealed envelope to the
    above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
                             *First, Middle, Last*
    On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk:_____

| DO NOT complete this section. The sheriff, or private process server will complete it. |
|---|

**By:**

_____
*Signature*


_____
*Print Name*

**FEES**

By certified/registered     $_____

Service and Return          $_____

Miles: _____     $_____

Total     $_____

FILED
Massac Co. Circuit Court
1st Judicial Circuit
Date: 5/15/2020 2:10 PM
Sandra M. Riepe

**IN THE CIRCUIT COURT**
**FIRST JUDICIAL CIRCUIT**
**MASSAC COUNTY, ILLINOIS**

THOMAS JOHNSON,               )
                              )
      Plaintiff,              )
                              )
vs.                           )          Case No.: 2020-L-2
                              )
JAMES A. McQUAGGE,            )
                              )     **JURY DEMAND OF TWELVE**
CRETE CARRIER CORPORATION,    )
                              )
      Defendant.              )

<u>**NOTICE OF FILING OF RETURN OF SERVICE**</u>

COMES NOW Plaintiff, by his attorney, and files the Return of Service on Defendant Crete Carrier Corporation in the above-styled case.   On May 6, 2020, Defendant Crete Carrier Corporation, was served by Action Legal Process by leaving copies of the Summons and Complaint with Cathy Wilken, Registered Agent, at Crete Carrier Corporation, 400 NW 56th Street, Lincoln, NE 68528.  Attached hereto is a copy of the executed Process Server's Return of Service.

WALTON TELKEN, LLC

/s/ Micah S. Summers
Micah S. Summers #6284093
241 N. Main Street
Edwardsville, Illinois 62025
(618) 307-9880 (Telephone)
(618) 307-9881 (Fax)
E-mail:  msummers@waltontelken.com
ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing was sent through

the Court's electronic filing system and via U.S. Mail, postage prepaid to the following:

Crete Carrier Corporation
400 NW 56th Street
Lincoln, NE 68528
*Defendant*

on this 15th day of May, 2020.

/s/ Micah S. Summers

## AFFIDAVIT OF SERVICE

**State of Illinois**          **County of Massac**          **Circuit Court**

Case Number: 2020L2

Plaintiff:
**Thomas Johnson**

vs.

Defendant:
**James A. McQuagge and Crete Carrier Corporation**

For:
Walton Telken, LLC
241 North Main Street
Edwardsville, IL 62025

Received by Action Legal Process to be served on **Crete Carrier Corporation, 400 NW 56th Street, Lincoln, NE 68528**.

I, Brian Telecky, being duly sworn, depose and say that on the **6th day of May, 2020** at **12:09 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Alias Summons** with the date and hour of service endorsed thereon by me, to: **Cathy Wilken** as **Registered Agent** at the address of: **400 NW 56th Street, Crete Carrier Corporation, Lincoln, NE 68528** on behalf of **Crete Carrier Corporation**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 66, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 160, Hair: Light Brown, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 07
day of MAY, 2020 by the affiant
who is personally known to me by presenting photo
identification.

NOTARY PUBLIC

GENERAL NOTARY - State of Nebraska
MACKENZIE KUSZAK
My Comm. Exp. May 24, 2023

**Brian Telecky**

**Action Legal Process**
**6812 N. Oak Trafficway**
**Suite 2**
**Kansas City, MO 64118**
**(888) 511-1919**

Our Job Serial Number: RTI-2020009876
Ref: Tom Johnson (J. Hight ref.)

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c



FILED
Massac Co. Circuit Court
1st Judicial Circuit
Date: 5/15/2020 2:10 PM
Sandra M. Riepe

**IN THE CIRCUIT COURT**
**FIRST JUDICIAL CIRCUIT**
**MASSAC COUNTY, ILLINOIS**

| | | |
|---|---|---|
| THOMAS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 2020-L-2 |
| | ) | |
| JAMES A. McQUAGGE, | ) | |
| | ) | **JURY DEMAND OF TWELVE** |
| CRETE CARRIER CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>RETURN OF NON EST SERVICE</u>

COMES NOW Plaintiff, by his attorney, and files the Return of Non Est Service on Defendant James A. McQuagge.  KMS Process indicated that service of alias summons was attempted on May 2, 2020 but was unsuccessful due to Defendant James A. McQuagge no longer living at that address.  Attached hereto is a copy of the executed Process Server's Affidavit of Non-Service.

WALTON TELKEN, LLC

/s/ Micah S. Summers
Micah S. Summers #6284093
241 N. Main Street
Edwardsville, Illinois 62025
(618) 307-9880 (Telephone)
(618) 307-9881 (Fax)
E-mail:  msummers@waltontelken.com
ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing was sent through

the Court's electronic filing system and via U.S. Mail, postage prepaid to the following:

Crete Carrier Corporation
400 NW 56th Street
Lincoln, NE 68528
*Defendant*

on this 15th day of May, 2020.

/s/ Micah S. Summers

## AFFIDAVIT OF NON-SERVICE

| Case:<br>2020L2 | Court:<br>IN THE CIRCIUT COURT FIRST JUDICIAL CIRCUIT | County:<br>MASSAC, IL | Job:<br>4511106 (050120-1) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>THOMAS JOHNSON | | Defendant / Respondent:<br>JAMES A. McQUAGGE | |
| Received by:<br>KMS Process | | For:<br>Walton Telken, LLC | |
| To be served upon:<br>JAMES A. McQUAGGE | | | |

I, Kim Shaw, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   JAMES A. McQUAGGE, 1889 E Shore Dr, Dallas, TX 75217

**Manner of Service:**   Bad Address

**Documents:**   Alias Summons - James McQuagge (issued 4-30-20).pdf, Complaint (FS 3-19-20).pdf

**Additional Comments:**
1) Unsuccessful Attempt: May 2, 2020, 2:56 pm CDT at 1889 E Shore Dr, Dallas, TX 75217
James A. McQuagge no longer lives at this address. The current resident, Hispanic, has been here for 8 years,


_Kim Shaw_                    5/13/2020
Kim Shaw                      Date

Subscribed and sworn to before me by the affiant who is
personally known to me.

_Janessa R Boyett_

Notary Public

5-13-2020                         7-24-22

Date                    Commission Expires


JANESSA R BOYETT
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 7/24/22
NOTARY ID 1129720-5